1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANDREA C. N. [1], an Individual, | Case No.: 2:20-10875 JAK (ADS) |
|---|---|
| Plaintiff, | |
| v. | |
| KILOLO KIJAKAZI[2], Acting Commissioner of Social Security, | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| Defendant. | |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner.  On July 9, 2021, Kijakazi became the Acting Commissioner of Social Security.  Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the parties' Joint Submission [Docket ("Dkt.") No. 24], the Report and Recommendation of the assigned Magistrate Judge dated August 23, 2022 [Dkt. No. 26], and Plaintiff's Objection to Report and Recommendation filed on September 15, 2022 [Dkt. No. 29]. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections were made and overrules the objections. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 26], is accepted;
2. The case is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED: September 22, 2022

JOHN A. KRONSTADT
United States District Judge

-2-