JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA C. N.[1], an Individual,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[2], Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-10875 JAK (ADS)<br><br><br><br>JUDGMENT |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner. On July 9, 2021, Kijakazi became the Acting Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

1    Pursuant to the Court's Order Accepting United States Magistrate Judge's Report
2    and Recommendation, the above-captioned case dismissed in its entirety with prejudice.

4    DATED: September 22, 2022

6    JOHN A. KRONSTADT
     United States District Judge